UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Alexandria Contini, | ) |
|     Plaintiff, | ) |
| vs. | ) No. 20 CV 06028 |
| Red Fox, Inc. d/b/a End Zone Bar & Grill, | ) Judge Robert Gettleman |
|     Defendant. | ) Magistrate Jeffrey Cummings |

**AGREED DISMISSAL ORDER**

This matter coming to be heard on the parties' Stipulation to Dismiss and with the Court being fully advised in the premises,

IT IS HEREBY ORDERED AS FOLLOWS:

That this matter is dismissed with prejudice pursuant to the Stipulation to Dismiss executed by the parties.

That all future dates be stricken.

DATED: April 17, 2023　　　　　　　ENTERED:

　　　　　　　　　　　　　　　　　　　/s/ Robert W. Gettleman
　　　　　　　　　　　　　　　　　　　Judge